# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COLONEL (RET.) CLIFFORD ACREE, et al., Plaintiffs, v. THE UNITED STATES, Defendant. | ) | **No. 1:06-cv-00798-NBF**<br>**Judge Nancy B. Firestone** |

## [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Stay of Proceedings and all pleadings and papers filed in connection with Plaintiffs' Complaint in this action, it is hereby:

**ORDERED** that Plaintiffs' motion for a stay of proceedings until the United States District Court for the District of Columbia Circuit rules on Plaintiffs' pending Motion for Relief Under Fed. R. Civ. P. 60(b)(6), filed on June 3, 2005, and the resolution of any subsequent proceeding and appeal arising from that motion in Civil Action No. 02-632 (RWR), is hereby granted.

**SIGNED and ENTERED** on this _____ day of ________________, 2006.

________________________________________
Judge of the United States Court of Federal Claims