# In the United States Court of Federal Claims

**No. 06-798C**
**(Filed: December 14, 2006)**

* * * * * * * * * * * * * * * * *

| | |
|---|---|
| | * |
| **COLONEL (Ret.) CLIFFORD** | * |
| **ACREE, et al.,** | * |
| | * |
| **Plaintiffs,** | * |
| | * |
| **v.** | * |
| | * |
| **THE UNITED STATES,** | * |
| | * |
| **Defendant.** | * |
| | * |

* * * * * * * * * * * * * * * * *

**O R D E R**

The court hereby **SCHEDULES** a status conference for **Wednesday, January 10, 2007 at 11:00 a.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (202) 429-8082; counsel for defendant at (202) 353-0541. The court shall initiate the conference call.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge