IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COLONEL (RET.) CLIFFORD ACREE, et al., | ) | |
| | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | No. 06-798C |
| | ) | (Judge Firestone) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR STAY OF PROCEEDINGS

As we explain below, defendant consents to plaintiffs' motion for stay of proceedings.

On November 28, 2006, plaintiffs, former prisoners of war held and tortured during the 1991 Gulf War and certain of their family members, filed a complaint alleging that the United States has taken their property without just compensation, specifically, claims raised and judgment rendered in Acree v Republic of Iraq, No. 02-632 (D.D.C.) (RWR). Judgment was entered in plaintiffs favor on July 7, 2003. 271 F. Supp. 2d 179 (D.D.C. 2003).

After judgment was rendered in the district court, the United States moved to intervene in order to file a motion to vacate the judgment. That motion was denied. However, on appeal by the United States, the United States Court of Appeals for the District of Columbia Circuit held that plaintiffs failed to state a claim upon which relief could be granted, vacated the judgment, and, dismissed the suit. Acree v. Republic of Iraq, 370 F.3d 41, 60 (D.C. Cir. 2004), cert. denied, 544 U.S. 1010 (2005).

On June 3, 2005, plaintiffs filed a motion for relief under Rule 60(b)(6) in Acree v. Republic of Iraq, No. 02-632 (D.D.C.) (RWR). That Rule 60(b) motion remains pending in the district court. In addition, on April 21, 2006, plaintiffs filed a new complaint in the district court

against the Republic of Iraq, the Iraqi Intelligence Service and Saddam Hussein, in his official and his individual capacity. Acree v. Republic of Iraq, No. 06-723 (D.D.C.) (RWR). Plaintiffs stated in that complaint, "[t]his Complaint is not intended to interfere with the pending motion before this Court in Civil Action No. 02-0632 (RWR). Recovery in that Civil Action could preclude the necessity of further action on the claims set out in this new action and Complaint." Case no. 06-723 also remains pending before the district court.

Based upon plaintiffs' stated preference for pursuing judgment against Iraq, motion for stay at 2, and due to the relevance of plaintiffs' claims against Iraq to the alleged taking of claims by the United States, defendant agrees that a stay of proceedings is appropriate and consents the relief requested in plaintiffs' motion for stay of proceedings.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/David M. Cohen
DAVID M. COHEN
Director

s/Kirk T. Manhardt
KIRK T. MANHARDT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel: (202) 353-0541
Fax: (202) 305-7643

December 18, 2006

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on December 18, 2006, a copy of foregoing "Defendant's Response to Plaintiff's Motion for Stay of Proceedings" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kirk T. Manhardt
Kirk T. Manhardt