# In the United States Court of Federal Claims

**No. 06-798C**
**(Filed: January 10, 2007)**

* * * * * * * * * * * * * * * * *

**COLONEL (Ret.) CLIFFORD ACREE, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

Based on the January 10, 2007 status conference in the above captioned case, the court hereby **ORDERS** the following:

1. The parties shall submit a joint status report by **Wednesday, January 24, 2007** regarding the possibility of pursuing Alternative Dispute Resolution.

2. The plaintiffs' unopposed motion to stay their action in this court is **GRANTED**. The case is **STAYED** until **Tuesday, July 10, 2007**, at which time the court will contact the parties to schedule a status conference.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge