IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| COLONEL (RET.) CLIFFORD ACREE, et al., | ) | |
| Plaintiffs | ) | |
| v. | ) | No. 06-798C (Judge Firestone) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

The parties submit this Joint Status Report regarding the possibility of pursuing alternate dispute resolution in response to the Court's Order dated January 10, 2007.

In their motion for stay of proceedings and during this Court's January 10, 2007 status conference, plaintiffs stated their willingness to participate in alternate dispute resolution. As this Court's Order is specific to the parties' position toward ADR going forward, plaintiffs state their willingness to participate in ADR and their continued disappointment that defendant is unwilling to discuss this matter as repeatedly urged by the United States Congress. Plaintiffs, nonetheless, are confident in their legal position before this Court and will vigorously pursue their claim.

For the reasons explained below, defendant does not believe the pursuit of alternative dispute resolution would be beneficial at this time. The United States has previously considered proposals for settlement of Acree v Republic of Iraq, No. 02-632 (D.D.C.) (RWR), the case that plaintiffs have alleged resulted in a taking. Acree v. Republic of Iraq, 370 F.3d 41 (D.C. Cir. 2004). As has been explained in the context of that case, the United States believes that the issues posed in that case are of critical importance to United States foreign policy.

The United States has revisited the issue of pursuing settlement, through the auspices of this Court's Alternative Dispute Resolution ("ADR") program, particularly this Court's suggestion that an ADR would likely be undertaken in coordination with the United States District Court for the District of Columbia, in light of the pendency of plaintiffs' motion for relief under Rule 60(b)(6) in Acree v. Republic of Iraq, No. 02-632 (D.D.C.) (RWR) and plaintiffs' complaint in Acree v. Republic of Iraq, No. 06-723 (D.D.C.) (RWR). Defendant's counsel has conferred with counsel representing the United States in the district court cases and with representatives of the Departments of State, Defense and Treasury.

Notwithstanding that plaintiffs now seek judgment against the United States, the United States continues to believe that ADR would not be appropriate at this time. Specifically, it is the United States' position that the issues posed in the district court continue to involve matters critical to United States foreign policy. Moreover, as stated during this Court's status conference, the United States believes that plaintiffs complaint in this Court raises legal issues most properly addressed through dispositive motion.

Consequently, the United States respectfully declines the Court's offer to devote the

resources of the Court to pursuing ADR in this case at this time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Stephen A. Fennell
STEPHEN A. FENNELL
STEPTOE & JOHNSON
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-9082
(202) 429-3902 (fax)

John Norton Moore
307 Yoakum Parkway
Suite 3-1618
Alexandria, VA 22304
(703) 751-7798
(434) 977-2749 (fax)

Attorneys for Plaintiffs

s/ David M. Cohen
DAVID M. COHEN
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel: (202) 353-0541
Fax: (202) 305-7643

Attorneys for Defendant

January 24, 2007

CERTIFICATE OF FILING

I hereby certify that on January 24, 2007 a copy of foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kirk T. Manhardt
Kirk T. Manhardt