# In the United States Court of Federal Claims

**No. 06-798C**
**(Filed: January 30, 2007)**

* * * * * * * * * * * * * * * * *
*
**COLONEL (Ret.) CLIFFORD** *
**ACREE, et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

## ORDER

Based on representations made by the government in the parties' January 24, 2007 joint status report that the pursuit of ADR in the above-captioned case would not be appropriate at this time, the court will not refer this matter to ADR. The case remains **STAYED** until **Tuesday, July 10, 2007**, at which time the parties shall submit a joint status report to the court.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge