**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| COLONEL (RET.) CLIFFORD ACREE, et al., Plaintiffs, v. THE UNITED STATES, Defendant. | **No. 06-798C** **Judge Nancy B. Firestone** |

**JOINT STATUS REPORT**

Pursuant to this Court's Order of January 30, 2007, staying this action until July 10, 2007, and ordering the parties to submit a joint status report by that date, the parties hereby submit the following Joint Status Report.

Initially, Plaintiffs requested a stay of proceedings in this case until the United States District Court for the District of Columbia Circuit rules on their currently pending motion for relief under Fed. R. Civ. P. 60(b)(6), filed on June 3, 2005, and the resolution of any subsequent proceedings arising from that motion in Acree v. Republic of Iraq, Civil Action No. 02-632 (RWR) ("Acree I"). In addition, Plaintiffs sought a stay in light of their action Acree v. Republic of Iraq, Civil Action No. 06-723 (RWR) ("Acree II"), filed in the District Court on April 21, 2006. Both matters are pending before Judge Roberts.

The District Court has not yet ruled on Plaintiffs' 60(b)(6) motion in Acree I. However, counsel for the Republic of Iraq ("Iraq") noticed an appearance on February 28, 2007 in Acree II, and noticed an appearance in Acree I on May 29, 2007. On May 18, 2007, pursuant to Judge Roberts' Minute Order, counsel for Iraq and for Plaintiffs conferred and filed a "Joint Status Report of the Parties" in Acree II for the purpose of establishing a motions schedule. Therein,

Iraq stated: (1) its intent to move, pursuant to Fed. R. Civ. P. 55(c), to set aside the entry of default filed in that case, and (2) its position that Acree II should be stayed until such time as Plaintiffs' Rule 60(b)(6) motion is decided and finally resolved by any appeal. Plaintiffs in the same joint report to the District Court stated their opposition to setting aside the default, and to the Court granting leave for Iraq to move to stay the Acree II proceedings. Plaintiffs, however, have agreed to a proposed briefing schedule for these motions, as necessary.[1] The District Court has not yet taken any action on the "Joint Status Report of the Parties" and proposed schedule.

Plaintiffs herein and the United States agree that in light of the activity in the District Court, which might have bearing on the substantive issues to be contested in this Court, and because Plaintiffs' 60(b)(6) motion remains outstanding, a further six-month stay of this action is warranted. Therefore, the Parties respectfully request this Court enter a further six-month stay of these proceedings, after which time the Parties will apprise this Court as to the status of this

[1] Plaintiffs also stated their position that Iraq is not entitled to appear in Acree I, given that the Government of Iraq failed to appear in Acree I and a default judgment was entered against the Iraqi Defendants (the Republic of Iraq, the Iraqi Intelligence Service, and Saddam Hussein) on July 7, 2003, following a determination by the Court that the claimants had established their claims and right to relief by evidence satisfactory to the Court.

matter and the relevant District Court matters.

Respectfully submitted,

s/ Stephen A. Fennell
STEPHEN A. FENNELL
STEPTOE & JOHNSON
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-8082
(202) 429-3902 (fax)

John Norton Moore
JOHN NORTON MOORE
307 Yoakum Parkway
Suite 3-1618
Alexandria, VA 22304
(703) 216-3387
(434) 977-2749 (fax)

Attorneys for Plaintiffs

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel: (202) 353-0541
Fax: (202) 305-7643

Attorneys for Defendant

July 10, 2007

## CERTIFICATE OF FILING

I hereby certify that on July 10, 2007, a copy of foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kirk Manhardt