# In the United States Court of Federal Claims

**No. 06-798C**
**(Filed: July 11, 2007)**

* * * * * * * * * * * * * * * * * *
*
**COLONEL (Ret.) CLIFFORD** *
**ACREE, et al.,** *
*
**Plaintiffs,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

## ORDER

Based on representations made by the parties in the July 10, 2007 Joint Status Report, the court hereby **ORDERS** that the above-captioned case is **STAYED** until **Thursday, January 10, 2008**, at which time the parties shall file a Joint Status Report indicating the status of the plaintiffs' related cases in the United States District Court for the District of Columbia and proposing the next steps in this litigation.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge