**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| COLONEL (RET.) CLIFFORD ACREE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | **No. 06-798C**<br>**Judge Nancy B. Firestone** |

**JOINT STATUS REPORT**

Pursuant to this Court's Order of July 11, 2007, staying this action until January 10, 2008, and ordering the parties to submit a joint status report by that date, the parties respectfully submit the following Joint Status Report.

Initially, Plaintiffs requested a stay of proceedings in this case until the United States District Court for the District of Columbia rules on their currently pending motion for relief under Fed. R. Civ. P. 60(b)(6), filed on June 3, 2005, and the resolution of any subsequent proceedings arising from that motion in Acree v. Republic of Iraq, Civil Action No. 02-632 (RWR) ("Acree I"). In addition, Plaintiffs sought a stay in light of their action Acree v. Republic of Iraq, Civil Action No. 06-723 (RWR) ("Acree II"), filed in the District Court on April 21, 2006. Both matters are pending before Judge Roberts.

The District Court has not yet ruled on Plaintiffs' 60(b)(6) motion in Acree I.

Counsel for the Republic of Iraq ("Iraq") noticed an appearance on February 28, 2007 in Acree II, and noticed an appearance in Acree I on May 29, 2007. On May 18, 2007, pursuant to Judge Roberts' Minute Order, counsel for Iraq and for Plaintiffs conferred and filed a "Joint Status Report of the Parties" in Acree II for the purpose of establishing a motions schedule.

Therein, Iraq stated: (1) its intent to move, pursuant to Fed. R. Civ. P. 55(c), to set aside the entry of default filed in that case, and (2) its position that Acree II should be stayed until such time as Plaintiffs' Rule 60(b)(6) motion is decided and finally resolved by any appeal. Plaintiffs in the same joint report to the District Court stated their opposition to setting aside the default, and to the Court granting leave for Iraq to move to stay the Acree II proceedings. Plaintiffs, however, have agreed to a proposed briefing schedule for these motions, as necessary.[1] The District Court has not yet taken any action on the "Joint Status Report of the Parties" and proposed schedule.

In addition, on December 14, 2007, following prior House passage, the Senate approved the National Defense Authorization Act for Fiscal Year 2008 (H.R. 1585) ("Defense Authorization Act"). The Defense Authorization Act contains a provision that would amend the original Section 1605 of the Foreign Sovereign Immunities Act ("FSIA"), 28 U.S.C. § 1602 et seq., under which Acree I was originally filed on April 4, 2002. Plaintiffs believe, based on the language of the new provision, that Section 1083 applies to provide relief in certain actions, including Acree I and Acree II.

The Defense Authorization Act was transmitted to the President on December 19, 2007, who had until December 31, 2007 to act on the bill. On December 28, 2007, President Bush invoked his "pocket veto" authority over the bill. http://www.whitehouse.gov/news/releases/2007/12/20071228-5.html. The President's "Memorandum of Disapproval" stated, "[i]n addition to withholding my signature and thereby

---

[1] Plaintiffs also stated their position that Iraq is not entitled to appear in Acree I, given that the Government of Iraq failed to appear in Acree I and a default judgment was entered against the Iraqi Defendants (the Republic of Iraq, the Iraqi Intelligence Service, and Saddam Hussein) on July 7, 2003, following a determination by the Court that the claimants had established their claims and right to relief by evidence satisfactory to the Court.

invoking my constitutional power to 'pocket veto' bills during an adjournment of the Congress, I am also sending H.R. 1585 to the Clerk of the House of Representatives, along with this memorandum setting forth my objections, to avoid unnecessary litigation about the non-enactment of the bill that results from my withholding approval and to leave no doubt that the bill is being vetoed."

The President's invocation of "pocket veto" authority in this instance has been contested apparently by Members of Congress. See, e.g., Walter Alarkon, Democrats say Bush can't pocket veto defense bill, The Hill.com (Jan. 2, 2008), http://thehill.com/leading-the-news/democrats-say-bush-cant-pocket-veto-defense-bill-2008-01-02.html. As a result, Plaintiffs believe there is uncertainty as to status of the Defense Authorization Act and Section 1083 of that Act, a provision that would affect Plaintiffs' claims in the District Court.

Plaintiffs and the United States agree that in light of the activity in the District Court and in Congress, which might have bearing on the substantive issues to be contested in this Court, a further six-month stay of this action is warranted. Therefore, the Parties respectfully request this Court enter a further six-month stay of these proceedings, after which time the Parties will

apprise this Court as to the status of this matter and the relevant District Court matters.

Respectfully submitted,

s/ Stephen A. Fennell
STEPHEN A. FENNELL
STEPTOE & JOHNSON
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 429-8082
(202) 429-3902 (fax)

John Norton Moore
JOHN NORTON MOORE
307 Yoakum Parkway
Suite 3-1618
Alexandria, VA 22304
(703) 216-3387
(434) 977-2749 (fax)

Attorneys for Plaintiffs

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Kirk T. Manhardt
KIRK T. MANHARDT
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
Washington, DC 20530
Tel: (202) 353-0541
Fax: (202) 305-7643

Attorneys for Defendant

January 10, 2008

**CERTIFICATE OF FILING**

I hereby certify that on January 10, 2008, a copy of foregoing "Joint Status Report" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ ___Jennifer M. Newton___________