# In the United States Court of Federal Claims

**No. 06-798C**
**(Filed: January 14, 2008)**

* * * * * * * * * * * * * * * * * *

**COLONEL (Ret.) CLIFFORD ACREE, et al.,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**ORDER**

Based on representations made by the parties in the January 10, 2008 Joint Status Report, the court hereby **ORDERS** that the above-captioned case remain **STAYED** until **Monday, July 14, 2008**, at which time the parties shall file a Joint Status Report indicating the status of the plaintiffs' related cases in the United States District Court for the District of Columbia and proposing the next steps in this litigation.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge